MABEL I. BRADFORD, Respondent, v. BLACK AND WHITE CAB COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MAURICE O'MEARA COMPANY, Respondent, v. CONTINENTAL FOLDING PAPER BOX COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.